**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 23-11069 (CTG)<br>(Jointly Administered) |
| RANDOLPH DAVIS, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>YELLOW CORPORATION, *et al.*<br><br>Defendants. | Adv. Pro. No. 26-50597 (CTG)<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE**
**IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 60 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | 824 N. Market Street, 3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name and Address of Plaintiff's Attorney | R. Grant Dick IV<br>Cooch and Taylor, P.A.<br>1000 N. West. St., Suite 1500<br>Wilmington, DE 19801 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| Address | 824 North Market Street<br>5th Floor<br>Wilmington, DE 19801 | Room: 5<br><br>Date & Time: January 6, 2027 at 1:00 pm ET |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy Court for the District of Delaware

/s/ Stephen L. Grant
*Clerk of the Bankruptcy Court*

Date: October 5, 2026